**Order filed November 16, 2017**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-17-00547-CV

———————

**JEFFREY WELLS, Appellant**

**V.**

**TEXAS DEPARTMENT OF PUBLIC SAFETY, Appellee**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1084054**

---

## O R D E R

Appellant's brief was due November 10, 2017**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **December 1, 2017**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM